UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARLENE PEREDA,

    Plaintiff,

v.                                                            Case No: 8:14-cv-933-T-36AEP

VIDEO VERIFICATION SECURITY,
INC., GOLDEN EYE TECHNOLOGY,
LLC and DONALD HAGER,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on October 2, 2014 (Doc. 29). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the Court grant the parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Doc. 25) and dismiss this action with prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED that**:

    (1)     The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)     The parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Doc. 25) is **GRANTED**.

(3) The settlement agreement is approved by the Court, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are ordered to comply with the terms of the settlement agreement.

(4) This action is **DISMISSED WITH PREJUDICE**.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 24, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record